ALEXANDER U. MAYER, Appellant, v. JOHN K. MILLER and Another, as Executors, etc., of FANNIE CANNON, Deceased, Respondents.— Plaintiff sued defendants as executors for legal services. Defendants moved for judgment on the pleadings, which motion was granted on the ground that defendants, as executors, are not liable to plaintiff for legal services rendered to them. (*Parker* v. *Day*, 155 N. Y. 383, 387.) Though twenty days had not elapsed after defendants' motion papers were served, after the decision of the Special Term, plaintiff served what he terms an amended complaint, substantially in the same form as the original complaint, except that defendants are named individually and not as executors. This was returned by defendants' attorneys. Plaintiff thereafter moved for a resettlement of the order dismissing the complaint and vacating the judgment entered thereon, which motion was denied, and he appeals from both orders. Each order is affirmed, with ten dollars costs and disbursements. An amended complaint cannot be served as of course after decision on a motion, even though within the twenty days' time prescribed by section 244 of the Civil Practice Act. (*City of Yonkers* v. *Moore*, 235 App. Div. 793.) As no motion was made to amend the summons to bring in defendants as individuals, an amended complaint against them individually was improper. Scudder, Tompkins, Davis and Johnston, JJ., concur; Lazansky, P. J., not voting.

HUGH MERRILL, Appellant, v. LEHIGH VALLEY RAILROAD COMPANY, Respondent.— Order denying motion for entry of judgment in favor of the plaintiff after his death, under the provisions of sections 476 and 478 of the Civil Practice Act, affirmed, without costs. The facts concerning the settlement alleged to have been made are in dispute, and the plaintiff is not entitled to enter judgment on the alleged agreement of settlement. Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ., concur.

MEXICAN PETROLEUM CORPORATION, a Foreign Corporation, Licensed to Do Business in the State of New York, Respondent, v. EDWARD P. BAKER, Appellant. — Judgment for the plaintiff against the defendant in the City Court of Mount Vernon on account stated and dismissing the defendant's counterclaim unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

LOUIS A. MILLER, as the Ancillary Administrator, etc., of ERNEST A. MAYER, Deceased, Appellant, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.—Action on a life insurance policy. Judgment for the defendant and order amending judgment unanimously affirmed, with costs. No opinion. Present — Young, Hagarty, Carswell, Davis and Johnston, JJ.

CARMINE PESCATURE, Respondent, v. THOMAS THORLEY, Appellant.— Judgment for plaintiff in an action for personal injuries suffered when the automobile of defendant struck the plaintiff, a pedestrian on the highway, unanimously affirmed, with costs. No opinion. Present — Young, Hagarty, Carswell, Davis and Johnston, JJ.